GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265
Electronic Service: eservice@g3pmlaw.com
Attorney: Matthew M. Proudfoot, SBN: 155988

Attorney for Defendants FCA US LLC

BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270
Los Angeles CA 90064
Telephone: (310) 684-5859
Facsimile: (310) 862-4539
Attorney: David Barry, Esq., SBN: 219230

Attorneys for Plaintiff, TEOFILO MACIAS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEOFILO MACIAS, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FCA US, LLC, a Delaware Limited Liability Company, and DOES 1 through 20, inclusive<br><br>　　　　　Defendants. | Case No: 2:22−CV−01166−WBS-DB<br>Dist. Judge: William B. Shubb<br>Mag. Judge: Deborah Barnes<br>Courtroom: 5<br><br>**ORDER** |

　　The Joint Stipulation for Dismissal is approved. The entire action, including all claims stated herein against all parties, are hereby dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: March 20, 2023

　　　　　　　　　　　　_____
　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

1

ORDER